Matthew A. Paré, Esq., State Bar No.: 258434
**LAW OFFICE OF MATTHEW PARE, APC**
303 H Street, Suite 435
Chula Vista, CA 91910
Phone: (619) 869-4999
Fax: (619) 475-6296
e-mail: mattparelawca@gmail.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | Case No.: 2:13-cv-01104-JAM-KJN |
| ) | |
| Plaintiff, ) | **ANSWER OF DEFENDANT ROLINE** |
| ) | **DONIDA a/k/a ROLINE CASPER,** |
| vs. ) | **INDIVIDUALLY AND d/b/a ROLINE'S** |
| ) | **UNIQUELY FILIPINO** |
| ROLINE DONIDA a/k/a ROLINE CASPER, ) | |
| individually and d/b/a ROLINE'S ) | **DEMAND FOR JURY TRIAL** |
| UNIQUELY FILIPINO, ) | |
| ) | *[Pursuant to Federal Rules of Civil Procedure,* |
| Defendant. ) | *Rules 8(b), 12(a), 38]* |
| JURY TRIAL ) | |
| DEMANDED ) | |
| ) | |
| ) | |

COMES NOW defendant Roline Donida a/k/a Roline Casper, individually and d/b/a Roline's

Uniquely Filipino (referred to as "defendant" herein), appearing by counsel, and files this Answer

and Defenses in response to the Complaint of plaintiff J & J Sports Productions, Inc.

    AND NOW, the defendant answers the Complaint, paragraph by paragraph, as follows:

    1.    Admit.

    2.    Admit.

    3.    Admit that there is personal jurisdiction only.

| | | |
|---|---|---|
| 1 | 4. | Admit that venue is proper. |
| 2 | 5. | Admit that intradistrict assignment is proper. |
| 3 | 6. | Defendant is without sufficient information to admit or deny. |
| 4 | 7. | Defendant cannot admit or deny because the allegation is vague as to time. |
| 5 | 8. | Defendant cannot admit or deny because the allegation is vague as to time. |
| 6 | 9. | Deny. |
| 7 | 10. | Deny. |
| 8 | 11. | Deny. |
| 9 | 12. | Deny. |
| 10 | 13. | Deny. |
| 11 | 14. | Defendant is without sufficient information to admit or deny. |
| 12 | 15. | Defendant is without sufficient information to admit or deny. |
| 13 | 16. | Defendant is without sufficient information to admit or deny. |
| 14 | 17. | Deny. |
| 15 | 18. | Deny. |
| 16 | 19. | Deny. |
| 17 | 20. | Deny. |
| 18 | 21. | Deny. |
| 19 | 22. | Deny. |
| 20 | 23. | Deny. |
| 21 | 24. | Deny. |
| 22 | 25. | Deny. |
| 23 | 26. | Deny. |
| 24 | 27. | Deny. |
| 25 | 28. | Deny. |
| 26 | 29. | Deny. |
| 27 | 30. | Deny. |

1    31.    Deny.

2    32.    Deny.

3    33.    Defendant is without sufficient information to admit or deny.

4    34.    Defendant is without sufficient information to admit or deny.

5    35.    Deny.

6    36.    Deny.

7    37.    Deny.

8    38.    Deny.

9    39.    Deny.

10    40.    Deny.

11    41.    Deny.

12    In response to the paragraphs following paragraph 41, beginning with the words

13    "WHEREFORE, Plaintiff prays" the defendant denies plaintiff is entitled to the relief prayed for or

14    any relief whatsoever.  Defendant hereby demands a jury trial in this civil action.

15    AND NOW, after having answered the Complaint, paragraph by paragraph, and having

16    denied all liability, the defendant further sets forth the following affirmative defenses:

17    **FIRST AFFIRMATIVE DEFENSE**

18    The defendant establishment was specifically authorized to receive the signal for the

19    subject TV program from the cable operator.

20    Defendant hereby demands a jury trial in this civil action.

21    Respectfully submitted.

22    DATED: August 13, 2013                    LAW OFFICE OF MATTHEW PARE, APC

23

24                                             By:    /s/ Matthew A. Paré

25                                             _____
                                               Matthew A. Paré, Esquire
                                               Counsel for Defendants

26

27

1   Matthew A. Paré, Esq., State Bar No.: 258434
    **LAW OFFICE OF MATTHEW PARE, APC**
    303 H Street, Suite 435
2   Chula Vista, CA 91910
    Phone: (619) 869-4999
3   Fax: (619) 475-6296
    e-mail: mattparelawca@gmail.com
4

5

6                        <u>**CERTIFICATE OF SERVICE**</u>

7        I hereby certify that on August 13, 2013, I electronically filed the foregoing with the Clerk

8   of the Court using the ECF System which sent notification of such filing to the following:

9   Thomas P. Riley, Esq., State Bar No.: 194706
    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
10  First Library Square
    1114 Fremont Avenue
11  South Pasadena, CA 91030-3227
    Phone: (626) 799-9797
12  Fax: (626) 799-9795
    e-mail: TPRLAW@att.net
13

14  Matthew A. Paré, Esq., State Bar No.: 258434
    **LAW OFFICE OF MATTHEW PARE, APC**
15  303 H Street, Suite 435
    Chula Vista, CA 91910
16  Phone: (619) 869-4999
    Fax: (619) 475-6296
17  e-mail: mattparelawca@gmail.com

18                              By:    /s/ Matthew A. Paré

19                                     _____
                                       Matthew A. Paré, Esquire

20

21

22

23

24

25

26

27

28

*Answer*                                                                          4