1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 2:13-cv-01104-JAM-KJN |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROLINE DONIDA A/K/A ROLINE CASPER, individually and d/b/a ROLINE'S UNIQUELY FILIPINO |
| vs. | |
| Roline Donida, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ROLINE DONIDA A/K/A ROLINE CASPER, individually and d/b/a ROLINE'S UNIQUELY FILIPINO, that the above-entitled action is hereby dismissed **with prejudice** against ROLINE DONIDA A/K/A ROLINE CASPER, individually and d/b/a ROLINE'S UNIQUELY FILIPINO.

///
///
///
///
///

STIPULATION OF DISMISSAL
Case No.2:13-cv-01104-JAM-KJN
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:                                    */s/Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/15/14                 */s/Matthew A. Pare*
**LAW OFFICES OF MATTHEW A. PARE, APC.**
By: Matthew A. Pare, Esquire
Attorneys for Defendant
ROLINE DONIDA, A/K/A ROLINE CASPER
individually and d/b/a ROLINE'S UNIQUELY FILIPINO

**IT IS SO ORDERED**:

/s/ JOHN A. MENDEZ
_____             Dated:  May 9, 2014
**The Honorable John A. Mendez**
**United States District Court**
**Eastern District of California**